FILED
May 12, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002626424

Total pages: 3
JAMES E. SALVEN
Chapter 7 Trustee
8427 N. Millbrook Ave., Ste. 101
Fresno, California 93720
(559) 230-1095

# IN THE UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA

In the Matter of

ROBERT & KATHLEEN LANDERS,

Debtor(s).
_____/

Case No. 10-12579

DC No. JES-3

TRUSTEE'S MOTION TO SELL PROPERTY, OUT OF THE ORDINARY COURSE OF BUSINESS AT PUBLIC AUCTION

Date:  June 9, 2010
Time:  9:00 a.m.
Dept:  A

TO THE HONORABLE WHITNEY RIMEL, UNITED STATES BANKRUPTCY JUDGE:

James Salven respectfully represents:

1. He is the duly appointed, qualified and acting trustee of the above-entitled estate.

2. The above-captioned case was filed under Chapter 7 on 3/14/2010.

3. This Court has jurisdiction over this proceeding by virtue of 28 U.S.C. §1334(a). This is a "core" proceeding pursuant to 28 U.S.C. §157(b)(2)(A)(N). This motion is brought pursuant to 11 U.S.C. §363.

4. Among the assets of this estate are: **Smith & Wesson 357 Magnum; V. Bernadelli 22, with holster; Ruger 357, with holster;**

Beretta 25 automatic, with purse; Darenger 22 Magnum; Glenfield Model 25 rifle; Mossburg 12 gauge pump; Brazil 20 gauge import; Ruger 22 automatic; Savage 7mm with scope; Overland 12 gauge double-barrell; Marlin model 60-22; H&R Topper model 88 shotgun and 2 (two) Mosberg 12 gauge pumps.

5. The trustee wishes to sell the subject assets for the benefit of the estate. The Trustee has elected to sell the property at a public auction to be held on June 9, 2010, or as soon thereafter as determined by auctioneer.

6. The appointment of an auctioneer to conduct the auction of said property has been previously approved by this Court. The Auctioneer is Baird Auctions & Appraisals.

7. The auctioneer's compensation for undertaking this assignment is listed in the Application to Employ. Included in the commission will be the auctioneer's necessary expenses, including but not limited to, pick-up transport, storage, inventory, security, advertising and other costs of sale.

8. The trustee is informed and believes the said personal property is not subject to any liens or encumbrances.

9. The trustee believes that confirmation of said sale on the terms set forth above is in the best interest of the creditors of this estate and all parties in interest.

WHEREFORE, the Movant prays as follows:

1. For an order approving the public auction sale of the subject property described above, to be held on or about June 9, 2010 at Baird Auctions & Appraisals.

2. For such other and further relief as the Court deems just and proper.

```
 1
 2
 3
 4  DATED:      5/10/10                    _____
 5                                         JAMES E. SALVEN,
                                           Movant
 6
```